## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.  2:19-cr-00122-DBH |
| ) | |
| RAHSHJEEM BENSON ) | |

### Prosecution Version

If this case were to proceed to trial, the government would prove the following facts through various documents, official records and the testimony of witnesses:

1.      In or about December of 2018, the defendant Rahshjeem Benson ("Benson") recruited a woman by the name of Roza Novikov ("Novikov") to work with him and others to engage in a scheme to defraud banks and credit unions throughout New England.  In furtherance of that scheme, members of the conspiracy would obtain the names and personal identifying information of real individuals with good credit scores, and then apply for unsecured personal loans in the names of these victims which the members of the conspiracy had no intention of repaying.  In connection with those loan applications, members of the conspiracy would present false and fictitious identification documents (such as driver's licenses) bearing the names of individuals whose identities had been stolen and a photograph of the co-conspirator who was posing as the victim.  The members of the conspiracy also created bogus paystubs and purported residential lease agreements in the names of the victims to support the fraudulent loan applications.

2.      On December 21, 2018, Benson applied for an unsecured personal loan in the amount of $8,000.00 from Granite State Credit Union in Seabrook, New Hampshire, using the

1

name and personal identifiers of A.W.[1]  When he applied for this loan, Benson provided telephone number (508) 245-1943, and a copy of a purported residential lease agreement between A.W. and "Ryan Casey" dated August 30, 2018.

      3.      Five days later, on December 26, 2018, Benson and other members of the conspiracy drove Roza Novikov to western Massachusetts for the purpose of submitting fraudulent loan applications to financial institutions in the area.  On December 26, 2018, Roza Novikov applied for unsecured personal loans at the Pioneer Valley Federal Credit Union and the Freedom Credit Union in western Massachusetts in the name of S.B.  At the time she applied for those loans, Novikov provided telephone number (508) 245-1943 (the same telephone number Benson had provided to the Granite State Credit Union).  Novikov also produced a copy of a purported residential lease agreement between S.B. and "Ryan Casey" dated August 30, 2018, which appeared to be identical to the one Benson had provided to Granite State Credit Union on December 21, 2018 (with the exception of the property address).  Two days later, on December 27, 2018, Novikov applied for an unsecured personal loan in the amount of $9500.00 from a Community Bank branch in western Massachusetts in the name of S.B., using the same purported residential lease agreement.

      4.      On January 3, 2019, Benson rented a 2019 dark blue Chevrolet Suburban bearing Massachusetts license plate number 8ZF525 from Enterprise Car Rental ("Enterprise") in East Boston, Massachusetts, using the name and personal identifiers of A.W.

      5.      On January 14, 2019, Benson drove Novikov from Massachusetts to Maine in the Suburban he had rented from Enterprise so that Novikov could apply for a personal loan from the

---

[1] The government is using initials throughout in order to protect the identity of the victim in this case, as well as redacted versions of the victim's personal identifiers.

TruChoice Federal Credit Union in Buxton, Maine. On that same date, Novikov applied for a loan in the amount of $20,000 from TruChoice Federal Credit Union, using a fictitious North Carolina driver's license in the name of S.H. bearing S.H.'s date of birth, as well as a fictitious Army National Guard paystub in the name of S.H. bearing S.H.'s social security number, without the knowledge or consent of S.H., and without any intention of repaying said loan. At the time she applied for the loan, Novikov claimed that she needed the money to pay for a family funeral and travel expenses. On that same date, the loan was approved, and Novikov received $20,000 from TruChoice Federal Credit Union, a portion of which she gave to Benson. The loan officer who dealt with Novikov observed her leaving the bank and getting into a dark-colored Chevy SUV that was waiting for "S.H." in the parking lot.

      6.      The following day, on January 15, 2019, Benson drove Novikov back to Maine in the Suburban he had rented from Enterprise so that Novikov could apply for a personal loan from the Key Bank branch located at 12 Shapleigh Road in Kittery, Maine, again, in the name of S.H. Using the same fictitious North Carolina driver's license and fictitious Army National Guard paystub, Novikov applied for a loan in the amount of $20,000. Novikov claimed during the loan application process that her father had been diagnosed with pancreatic cancer three years prior and that she needed to move her husband and two children from North Carolina to Maine to care for her dying father. Novikov specified that she needed the loan proceeds for funeral expenses as well as living expenses. After she submitted the loan application and left the bank, bank employees observed Novikov cross the street and get into a black Chevy Suburban that was parked in the Rite-Aid lot across the street. Because Novikov's story seemed suspicious to Key Bank staff, they notified the Kittery Maine Police, who quickly determined that the driver's

license number on S.H.'s North Carolina driver's license was bogus, as well as the Army National Guard paystub.

7. On January 17, 2019, Novikov returned to the Key Bank branch in Kittery in order to finalize her loan. Bank employees alerted Kittery Police about Novikov's presence at the branch and they responded to investigate. When they got to the area, one of the Kittery Police officers observed a dark Suburban bearing Massachusetts license plate number 8ZF525 parked outside the Rite-Aid. He approached the driver's side door and observed two black men sitting in the front seat. The officer tapped on the window and engaged the driver, who identified himself as "A.W" (later identified through fingerprints as Benson). Benson also presented the officer with a counterfeit New York State driver's license bearing the number 802403129 and the name A.W., with a date of birth of xx/xx/xx71. The license also bore Benson's photograph. Benson disclaimed any knowledge of Novikov, and repeatedly stated that he and his passenger (later identified as Giovanne Williams) were the only two people who had been in the car.

8. On January 17, 2019, Novikov was interviewed by a detective with the Kittery Police at the Kittery Police Department following her arrest, and then later by Homeland Security Investigations Special Agent David Pawson. Novikov also consented to a search of her cellular phone. Novikov told law enforcement that she met an individual she called "6" (whom she later positively identified as Benson) in Boston, Massachusetts, and entered into an agreement with him to engage in this bank fraud scheme. Novikov admitted that she knew the identities that she was using belonged to real people whose credit history met certain criteria. She further explained that an individual named "Geo" actually ran the group, and would purchase biographical and credit information on the internet for people whose credit score was at

least 700.  According to Novikov, "Geo" would then purchase bogus driver's licenses in the name of the stolen identities from someone in Las Vegas, Nevada.  "Geo" also provided Novikov with other supporting documents (such as the bogus National Guard paystub) as evidence of identity.  Novikov explained that she applied for several loans throughout New England during the course of the conspiracy, and that when they were successful, she received a portion of the proceeds and provided the rest to Benson and "Geo" (whom the government ultimately identified as the co-defendant, Bernard Gadson, who is Benson's cousin).

9. A search of Novikov's phone revealed numerous text messages between Benson and Novikov regarding the loans that she had applied for in Maine, including contemporaneous text messages from Benson inquiring as to the status and amount of the loans while Novikov was inside the banks.

10. Finally, the government would establish that the deposits of the TruChoice Federal Credit Union and Key Bank were federally insured at the time when the defendants submitted the above-described fraudulent loan applications.

Dated:  October 29, 2019				Respectfully submitted,

							Halsey B. Frank
							UNITED STATES ATTORNEY

							/s/ Sheila W. Sawyer
							Sheila W. Sawyer
							Assistant United States Attorney
							100 Middle Street, East Tower
							Portland, Maine 04101
							sheila.sawyer@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2019, I caused this Prosecution Version to be filed electronically through ECF, which will automatically send notice to all counsel of record.

      HALSEY B. FRANK
      UNITED STATES ATTORNEY

      /s/ Sheila W. Sawyer
      Sheila W. Sawyer
      Assistant United States Attorney
      U.S. Attorney's Office
      100 Middle Street Plaza, East Tower, 6th Fl.
      Portland, ME  04101